[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-13624

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 22, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 04-02758 CV-SLB-NE

MARIE ANTOINETTE LINDSEY,

Plaintiff-Appellant,

versus

HUBBARD & DRAKE GENERAL MECHANICAL
CONTRACTORS, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(May 22, 2007)**

Before EDMONDSON, Chief Judge, HULL, Circuit Judge, and FORRESTER,* District Judge.

PER CURIAM:

    After review and oral argument, we find no reversible error in the district

_____

*Honorable J. Owen Forrester, United States District Judge for the Northern District of Georgia, sitting by designation.

court's order and contemporaneous memorandum opinion, filed on June 1, 2006, which granted Defendant-Appellee's motion for summary judgment on Plaintiff-Appellant's claims and dismissed Plaintiff-Appellant's claims with prejudice. Accordingly, we affirm.

**AFFIRMED.**